**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 08, 2026

Alixandra S. Cossette
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

RE: 26-2797 Congressman Robert Onder, et al v. Richard von Glahn, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $605 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

EDG

Enclosure(s)

cc: Alexander C. Barrett
Greta M. Bax
Stephanie S. Bell
Clerk, U.S. District Court, Eastern District of Missouri
Marc Henry Ellinger
Charles W. Hatfield
Jeremy A. Root

District Court/Agency Case Number(s): 4:26-cv-01424-SRC

**Caption For Case Number: 26-2797**

Congressman Robert Onder; Richard Ray Brattin; Patricia Thomas; Debra Havens

Plaintiffs - Appellees

v.

State of Missouri; Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Defendants

Richard Von Glahn; People Not Politicians

Intervenors - Appellants

**Addresses For Case Participants: 26-2797**

Alixandra S. Cossette
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Alexander C. Barrett
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Greta M. Bax
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Stephanie S. Bell
ELLINGER & BELL
Suite 300
308 E. High Street
Jefferson City, MO 65101

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO 63102-0000

Marc Henry Ellinger
ELLINGER & BELL
Suite 300
308 E. High Street
Jefferson City, MO 65101

Charles W. Hatfield
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Jeremy A. Root
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101