UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Onder et al. vs. von Glahn

**The Clerk will enter my appearance as Counsel in Appeal No.** ______________ for the following party(s): (please specify)

Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Patricia "Pat" Thomas, and Debra Havens

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Cole D. Bradbury s/: Cole D. Bradbury

Firm Name: Ellinger Bell LLC

Business Address: 308 E. High St., Suite 300

City/State/Zip: Jefferson City, MO 65101

Telephone Number (Area Code): (573) 750-4100

Email Address: cbradbury@ellingerlaw.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/8/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/ Cole D. Bradbury