**Search documents in this case:** Search

## No. 26A304

| | |
|---|---|
| Title: | **Denny Hoskins, Secretary of State of Missouri, Applicant**<br>**v.**<br>**Richard Von Glahn, et al.** |
| Docketed: | September 4, 2026 |
| Lower Ct: | Supreme Court of Missouri |
| Case Numbers: | (SC101805) |

## Proceedings and Orders

| | |
|---|---|
| Sep 04 2026 | Application (26A304) for a stay, submitted to Justice Kavanaugh.<br>**Main Document** **Other** **Other** **Other** **Other** **Other**<br>**Proof of Service** |
| Sep 04 2026 | Response to application (26A304) requested by Justice Kavanaugh, due by Noon (EDT) on September 7, 2026. |
| Sep 04 2026 | Brief in Support of Application of Republican National Committee, National Republican Congressional Committee, Missouri Republican State Committee submitted.<br>**Proof of Service** **Main Document** |
| Sep 07 2026 | Amicus brief of Missouri Voters Jake Maggard and Gregg Lombardi submitted.<br>**Main Document** **Proof of Service** |
| Sep 07 2026 | Amicus brief of Campaign Legal Center, American Civil Liberties Union of Missouri Foundation, American Civil Liberties Union Foundation submitted.<br>**Main Document** **Proof of Service** |

| | |
|---|---|
| Sep 07 2026 | Amicus brief of American Center for Law and Justice submitted.<br>**Main Document** **Certificate of Word Count** **Proof of Service** |
| Sep 07 2026 | Response of Richard Von Glahn to application submitted.<br>**Main Document** **Proof of Service** |
| Sep 07 2026 | Amicus brief of State of Florida submitted.<br>**Certificate of Word Count** **Proof of Service** **Main Document** |
| Sep 08 2026 | Application (26A304) denied by Justice Kavanaugh. |
| Sep 08 2026 | Reply of Denny Hoskins in support of application submitted.<br>**Reply** **Proof of Service** |
| Sep 08 2026 | Reply of Republican National Committee, National Republican Congressional Committee, Missouri Republican State Committee in support of application submitted.<br>**Reply** **Proof of Service** |

## Attorneys

**Attorneys for Petitioner**

Louis Joseph Capozzi III
*Counsel of Record*

Missouri Attorney General
815 Olive Street Suite 200
St Louis, MO 63101

louis.capozzi@ago.mo.gov
Ph: (573) 645-9662

Party name: Denny Hoskins

**Attorneys for Respondents**

Abha Khanna
*Counsel of Record*

Elias Law Group LLP
1700 Seventh Ave
Suite 2100
Seattle, WA 98101

akhanna@elias.law
Ph: 206-656-0177

Party name: Richard Von Glahn

**Other Attorneys**

David Morgan Steven Dewhirst
*Counsel of Record*

Office of the Solicitor General
PL-01, The Capitol
Tallahassee, FL 32399-1050

david.dewhirst@myfloridalegal.com
Ph: 850-414-3681

Party name: State of Florida

Mark Peter Gaber
*Counsel of Record*

Campaign Legal Center
1101 14th Street NW
Suite 400
Washington, DC 20005

mgaber@campaignlegal.org
Ph: 202-736-2200

Party name: Campaign Legal Center, American Civil Liberties Union of Missouri Foundation, American Civil Liberties Union Foundation

John Matthew Gore
*Counsel of Record*

Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

jmgore@jonesday.com
Ph: 2028793939

Party name: Republican National Committee, National Republican Congressional Committee, Missouri Republican State Committee

Kevin J. Hamilton
*Counsel of Record*

Ashurst Perkins Coie US LLP
1301 Second Avenue
Suite 4200
Seattle, WA 98101

khamilton@perkinscoie.com
Ph: (206) 359-8741

Party name: Missouri Voters Jake Maggard and Gregg Lombardi

Jay Alan Sekulow
*Counsel of Record*

American Center for Law and Justice
201 Maryland Avenue, N.E.
Washington, DC 20002

sekulow@aclj.org
Ph: 2025468890

Party name: American Center for Law and Justice