**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 09, 2026

Alixandra S. Cossette
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

RE: 26-2797 Congressman Robert Onder, et al v. Richard von Glahn, et al

Dear Counsel:

Please find the attached updated caption for the above referenced case. The party designations for the State of Missouri and Denny Hoskins have been modified to reflect as appellees to the appeal.

Susan E. Bindler
Clerk of Court

EDG

Enclosure(s)

cc: Alexander C. Barrett
Greta M. Bax
Stephanie S. Bell
Cole David Bradbury
Louis Joseph Capozzi III
Clerk, U.S. District Court, Eastern District of Missouri
Marc Henry Ellinger
Charles W. Hatfield
Graham D. Miller
John Michael Patton
Jeremy A. Root
William James Seidleck

District Court/Agency Case Number(s): 4:26-cv-01424-SRC