**Caption For Case Number: 26-2797**

**September 09, 2026**

District Court/Agency Case Number(s): 4:26-cv-01424-SRC

**Congressman Robert Onder; Richard Ray Brattin; Patricia Thomas; Debra Havens**

**Plaintiffs - Appellees**

**v.**

**State of Missouri; Denny L. Hoskins, in his official capacity as Missouri Secretary of State**

**Defendants - Appellees**

**Richard Von Glahn; People Not Politicians**

**Intervenors - Appellants**