**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2797

Congressman Robert Onder, et al.

Appellees

v.

State of Missouri and Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Appellees

Richard Von Glahn and People Not Politicians

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

---

**ORDER**

Before LOKEN, STRAS, and JUSTIN D. SMITH, Circuit Judges.

The motion for a stay pending appeal is denied because we either lack jurisdiction over the appeal or, based on the briefing we have so far, the stay factors have not been met. *See Nken v. Holder*, 556 U.S. 418, 425–26 (2009); *see also In re Rutledge*, 956 F.3d 1018, 1026 (8th Cir. 2020) (explaining that "we . . . ordinarily lack jurisdiction to hear an interlocutory appeal from the district court's grant . . . of a TRO"). The motion for summary reversal is also denied, and the motion for an administrative stay is denied as moot.

September 09, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler