**(ORDER LIST: 609 U.S.)**

**THURSDAY, SEPTEMBER 10, 2026**

## ORDER IN PENDING CASE

26A326 PEOPLE NOT POLITICIANS, ET AL. V. ONDER, ROBERT, ET AL.

The application for stay presented to Justice Kavanaugh and by him referred to the Court is granted. The September 8, 2026 order entered by the United States District Court for the Eastern District of Missouri in case No. 4:26-cv-1424 is stayed pending the disposition of the appeal in the United States Court of Appeals for the Eighth Circuit and disposition of a petition for a writ of certiorari in this Court, if such a writ is timely sought. Should certiorari be denied, this stay shall terminate automatically. In the event certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

Appellate Case: 26-2797 Page: 1 Date Filed: 09/10/2026 Entry ID: 5681805