# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2797

Congressman Robert Onder, et al.

Appellees

v.

State of Missouri and Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Appellees

Richard Von Glahn and People Not Politicians

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

---

**ORDER**

On the court's own motion, the clerk is directed to enter the following expedited schedule for briefing and arguing the merits of this appeal.

Briefing:

- Simultaneous briefs on the merits of the appeal are due by close of business Tuesday, September 15, 2026. Any party wishing to file a separate appendix must do so by the close of business on Tuesday, September 15, 2026.
- No overlength brief will be accepted for filing. No extension of time to file this brief will be granted.
- Any request to file an amicus brief and the brief are due at this time.

Oral Argument:

- Oral argument will be conducted remotely with the judges in chambers on Thursday, September 17, 2026 at 10:00 a.m. Central time.
- Argument time will be as follows:

  Plaintiffs-Appellees: 10 minutes
  Defendants State and Secretary of State: 10 minutes
  Intervenor-Appellants: 20 minutes

September 10, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler