**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, RICHARD "RICK" BRATTIN, PATRICIA "PAT" THOMAS, and DEBRA HAVENS, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 26-2827 |
| v. | ) | |
| STATE OF MISSOURI and DENNY HOSKINS, in his official Capacity as Missouri Secretary of State, | ) | |
| Defendants. | ) | |

**CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED AND STATEMENT OF ISSUES ON CROSS-APPEAL**

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiffs Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Patricia "Pat" Thomas, and Debra Havens, through undersigned counsel, certify that no transcript will be ordered in connection with their cross-appeal from the Memorandum and Order dated September 8, 2026 [Doc. #35].

Pursuant to Federal Rule of Appellate Procedure 10(b)(3)(A), Plaintiffs state that the issue they intend to present on cross-appeal is whether the Court erred in concluding that Plaintiffs were not likely to succeed on their Elections Clause claim, U.S. Const. art. I, § 4, cl. 1, and declining to grant temporary restraining relief on that ground. See Doc. #35 at 6–7.

Respectfully submitted,

**ELLINGER BELL LLC**

By: /s/ Marc H. Ellinger
Marc H. Ellinger, #40828(MO)
Stephanie S. Bell, #61855(MO)
Cole D. Bradbury, #62760(MO)
308 East High Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 750-4100
Facsimile: (314) 334-0450
E-mail: mellinger@ellingerlaw.com
E-mail: sbell@ellingerlaw.com
E-mail: cbradbury@ellingerlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, the foregoing Certificate That No Transcript Will Be Ordered and Statement of Issues on Cross-Appeal was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

/s/ Marc H. Ellinger