UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Onder, et al. vs. von Glahn and People Not Politicians

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2797 for the following party(s): (please specify)

Richard von Glahn and People Not Politicians

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Charles W. Hatfield s/: Charles W. Hatfield

Firm Name: STINSON LLP

Business Address: 230 W McCarty St

City/State/Zip: Jefferson City, MO 65101

Telephone Number (Area Code): 573-636-6263

Email Address: chuck.hatfield@stinson.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/14/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: