**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 15, 2026

Elad J. Gross
MO RIGHTS
P.O. Box 21621
Saint Louis, MO 63109

RE: 26-2797 Congressman Robert Onder, et al v. Richard von Glahn, et al
26-2827 Congressman Robert Onder, et al v. State of Missouri, et al

Dear Counsel:

The amicus curiae brief of One Hundred and Ten Missouri Voters has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc: Alexander C. Barrett
Greta M. Bax
Stephanie S. Bell
Cole David Bradbury
Dayton Campbell-Harris
Louis Joseph Capozzi III
Ming Cheung
Alixandra S. Cossette
Isaac DeSanto
Michael Donnelly
Marc Henry Ellinger
Mark P. Gaber

Matthew P. Gordon
Anat Gross
Kevin J. Hamilton
Annabelle E. Harless
Charles W. Hatfield
Jonathan Patrick Hawley
Evan Kennedy
Sophia Lin Lakin
Simone Leeper
Brianna L. Lennon
Graham D. Miller
Aseem Mulji
Kristin Marie Mulvey
Jason Orr
John Michael Patton
Benjamin Phillips
John M. Reeves
Jeremy A. Root
Tori Schafer
Jonathan D. Schmid
William James Seidleck
Gillian R. Wilcox

District Court/Agency Case Number(s): 4:26-cv-01424-SRC
4:26-cv-01424-SRC