UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Onder, et al. vs. State of Missouri, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2797 & 2827 for the following party(s): (please specify)

Amici Curiae One Hundred Ten Missouri Voters

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**


Attorney Name: Elad Gross s/: Elad Gross

Firm Name: MO Rights

Business Address: PO Box 21621

City/State/Zip: St. Louis, MO 63109

Telephone Number (Area Code): 314-252-8069

Email Address: Elad@MORights.com


---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/15/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: