N THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

CONGRESSMAN ROBERT ONDER, ET AL.,

Plaintiffs-Appellees,

v. No. 26-2797

STATE OF MISSOURI and DENNY L. HOSKINS,

in his official capacity as Missouri Secretary of State,

Defendants-Appellees,

and

RICHARD VON GLAHN and

PEOPLE NOT POLITICIANS,

Appellants.

MOTION OF DARRELL LEON McCLANAHAN III

FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

OUT OF TIME IN SUPPORT OF APPELLANTS

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Darrell Leon MClanahan III respectfully moves for leave to file the accompanying brief as amicus curiae out of time in support of Appellants Richard von Glahn and People Not Politicians.

The Court's expedited order required any motion for leave to file an amicus brief and the proposed brief to be filed by close of business on September 15, 2026. Amicus respectfully seeks leave to file out of time. Proceeding without counsel, Amicus did not learn of the expedited amicus deadline until after it had passed.

The proposed brief is concise and confined to the lawful administration of Missouri's congressional district lines and the related reliance interests of Fourth District voters and prospective candidates. It introduces no extra-record factual disputes, seeks no enlargement of the issues presented, and requires no response or alteration of the Court's argument schedule. Amicus is a Missouri voter residing in Missouri's Fourth Congressional District and intends to seek the Republican nomination for United States Representative from that district in a future election cycle. Amicus is also the appellant in McClanahan v. Hoskins et al., Eighth Circuit Case No. 26-2341, a separate pending appeal before this Court concerning distinct questions involving Missouri Secretary of State Denny L. Hoskins in his official capacity. That appeal is not before this panel. Amicus asks this Court to make no finding concerning that appeal, consider its record, or address its merits here. Amicus identifies it solely to explain his concrete interest in the lawful administration of Missouri's congressional-election system. The proposed brief is relevant to the disposition of this appeal because it presents an additional perspective on the reliance interests of Fourth District voters and prospective candidates in stable and lawfully administered congressional district lines.

No party's counsel authored the proposed brief in whole or in part. No party or party's counsel contributed money intended to fund preparing or submitting the proposed brief. No person other than Amicus Curiae contributed money intended to fund preparing or submitting the proposed brief. WHEREFORE, Amicus Curiae Darrell Leon McClanahan III respectfully requests that this Court grant leave to file the attached proposed amicus brief out of time.

Dated: September 16, 2026

Respectfully submitted,

/s/ Darrell Leon McClanahan III

Darrell Leon McClanahan III

Pro Se Amicus Curiae

24346 South 2425 Road

Milo, Missouri 64767

darrell4mogov@gmail.com

417-388-9595

CERTIFICATE OF SERVICE

I certify that on September 16, 2026, I filed this Motion for Leave to File Brief as Amicus Curiae Out of Time, with the proposed amicus brief attached, through the Court's CM/ECF system. The CM/ECF system will serve all registered CM/ECF users in this appeal.

/s/ Darrell Leon McClanahan III

Darrell Leon McClanahan III