UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: Congressman Robert Onder et al. vs. State of Missouri et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2797 for the following party(s): (please specify)

Amici Curiae Jake Maggard and Gregg Lombardi

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kevin J. Hamilton s/: Kevin J. Hamilton

Firm Name: Ashurst Perkins Coie US LLP

Business Address: 1301 2nd Avenue, Suite 4200

City/State/Zip: Seattle, WA 98101

Telephone Number (Area Code): (206) 359-8000

Email Address: kevin.hamilton@ashurstperkins.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/16/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: