**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 21, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 26-2797 Congressman Robert Onder, et al v. Richard von Glahn, et al
26-2827 Congressman Robert Onder, et al v. State of Missouri, et al

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellants/cross-appellees and appeared on the brief was Charles W. Hatfield, of Jefferson City, MO. The following attorney(s) also appeared on the appellants/cross-appellees' brief; Jeremy A. Root, of Jefferson City, MO, Alexander C. Barrett, of Jefferson City, MO, Alixandra S. Cossette, of Jefferson City, MO, Greta M. Bax, of Jefferson City, MO.

Counsel who presented argument on behalf of appellees/cross-appellants Brattin, Havens, Onder & Thomas and appeared on the brief was Marc Henry Ellinger, of Jefferson, MO. The following attorney(s) also appeared on the appellees'/cross-appellants' brief; Cole David Bradbury, of Jefferson City, MO, Stephanie S. Bell, of Jefferson City, MO.

Counsel who presented argument on behalf of appellees Hoskins and State of Missouri and appeared on the brief was Louis Joseph Capozzi, III, AAG, of Saint Louis, MO. The following attorney(s) also appeared on the appellees' brief; Graham D. Miller, AAG, of Saint Louis, MO, John Michael Patton, AAG, of Kansas City, MO, William James Seidleck, AAG, of Saint Louis, MO.

The following attorney(s) appeared on the amicus brief of Missouri Association of County Clerks and Election Authorities on behalf of appellants/cross-appellees; Evan Kennedy, of Jefferson City, MO, Brianna L. Lennon, of Columbia, MO.

The following attorney(s) appeared on the amicus brief of Jake Maggard & Gregg Lombardi on behalf of appellants/cross-appellees; Kevin J. Hamilton, of Seattle, WA, Jonathan Patrick Hawley, of Seattle, WA, Tori Schafer, of Clayton, MO, Matthew P. Gordon, of Seattle, WA.

The following attorney(s) appeared on the amicus brief of Campaign Legal Center, ACLU of Missouri Foundation and ACLU Foundation; Gillian R. Wilcox, of Kansas City, MO, Sophia Lin Lakin, of New York, NY, Annabelle E. Harless, of Chicago, IL, Mark P. Gaber, of Washington, DC, Jonathan D. Schmid, of Saint Louis, MO, Kristin Marie Mulvey, of Saint Louis, MO, Jason Orr, of Kansas City, MO, Ming Cheung, of New York, NY, Aseem Mulji, of Washington, DC, Simone Leeper, of Washington, DC, Isaac DeSanto, of Washington, DC, Dayton Campbell-Harris, of New York, NY, Benjamin Phillips, of Washington, DC.

The following attorney(s) appeared on the amicus brief One Hundred Ten Missouri Voters on behalf of appellants/cross-appellees; Elad J. Gross, of Saint Louis, MO, Anat Gross, of Saint Louis, MO.

The following attorney(s) appeared on the amicus brief of Club for Growth on behalf of appellees/cross-appellants; John M. Reeves, of Saint Louis, MO, Michael Donnelly, of Washington, DC.

The judge who heard the case in the district court was Honorable Stephen R. Clark.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 4:26-cv-01424-SRC