**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


September 21, 2026

Charles W. Hatfield
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

RE: 26-2797 Congressman Robert Onder, et al v. Richard von Glahn, et al
26-2827 Congressman Robert Onder, et al v. State of Missouri, et al

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc: Alexander C. Barrett
Greta M. Bax
Stephanie S. Bell
Cole David Bradbury
Dayton Campbell-Harris
Louis Joseph Capozzi III
Ming Cheung
Clerk, U.S. District Court, Eastern District of Missouri
Alixandra S. Cossette
Isaac DeSanto
Michael Donnelly
Marc Henry Ellinger
Mark P. Gaber
Matthew P. Gordon
Anat Gross
Elad J. Gross

Kevin J. Hamilton
Annabelle E. Harless
Jonathan Patrick Hawley
Evan Kennedy
Sophia Lin Lakin
Simone Leeper
Brianna L. Lennon
Darrell Leon McClanahan III
Graham D. Miller
Aseem Mulji
Kristin Marie Mulvey
Jason Orr
John Michael Patton
Benjamin Phillips
John M. Reeves
Jeremy A. Root
Tori Schafer
Jonathan D. Schmid
William James Seidleck
Gillian R. Wilcox

District Court/Agency Case Number(s): 4:26-cv-01424-SRC