**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2797

Congressman Robert Onder, et al.

Appellees

v.

State of Missouri and Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Appellees

Richard Von Glahn and People Not Politicians

Appellants

------------------------------

Missouri Association of County Clerks and Election Authorities, et al.

Amici on Behalf of Appellant(s)

Club for Growth

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

---

**ORDER**

The motion for leave to file an amicus brief filed by Darrell Leon McClanahan, III, is denied.

September 21, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler